IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID MICHAEL RAY                                                      PLAINTIFF

v.                                            3:08CV00002HLJ

RONNIE COLE, et al.                                               DEFENDANTS

ORDER

      Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983, and was granted in forma pauperis status, while incarcerated at the Clay County Detention Center. However, he has notified the Court of a change in his address which reflects his release from incarceration (DE #7). Therefore, in order to continue the prosecution of this action, plaintiff must file an updated request to proceed in forma pauperis. Accordingly,

      IT IS, THEREFORE, ORDERED that plaintiff shall file an updated request to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to plaintiff.

      IT IS SO ORDERED this 5th day of February, 2008.

                                                       /s/ Henry L. Jones, Jr.
                                                       United States Magistrate Judge