IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID MICHAEL RAY
PLAINTIFF

VS.                         CASE NO. 3:08CV00002 JMM

RONNIE COLE, et al.                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendants Crawford and Sanders are hereby DISMISSED from plaintiff's complaint for failure to state a claim.

SO ORDERED this ___29___ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE