IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID MICHAEL RAY                                                    PLAINTIFF

v.                                          3:08CV00002HLJ

RONNIE COLE, et al.                                                 DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motion to compel (DE #35).  Defendants have

filed a response to the motion (DE #37).

In support of the motion, plaintiff states that defendants did not respond to his request for

production of documents, specifically commissary receipts for all inmates housed at the Jail from

December 1, 2007 to January 24, 2008.  Plaintiff states this information is needed to support his

claim that the Jail improperly sells tobacco to inmates, thus resulting in his health problems.  In their

response, defendants state the matter is moot, because they "fully responded" to plaintiff's requests,

and that the information sought by plaintiff "can be obtained through less cumbersome avenues than

'all commissary receipts from all male inmates housed at Clay County Jail from December 1, 2007

to January 24, 2008.'"

The Court has reviewed the defendants' responses to plaintiff's requests for production of

documents, and finds that they in fact did not "fully" respond to plaintiff's request, because they

provided him only with copies of commissary receipts of items he purchased, and not of the

purchases of the other inmates during that time period.  In addition, while defendants state that the

information sought by plaintiff  can be obtained through less cumbersome means than that

requested, they do not indicate what those means are, and do not provide the information to

1

plaintiff.  In light of plaintiff's motion and defendants' incomplete response, the Court finds that the motion should be granted.  Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to compel (DE #35) is hereby GRANTED, and defendants shall provide to plaintiff the requested information within fifteen days of the date of this Order.

IT IS SO ORDERED this 3rd day of June,  2008.

_____
United States Magistrate Judge