IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID MICHAEL RAY                                                                         PLAINTIFF

VS.                                    CASE NO. 3:08CV00002 JMM

BONNIE COLE, et al.                                                                      DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections.[1] After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's motion for preliminary injunctive relief (DE #43) is DENIED.

SO ORDERED this   11   day of   September  , 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] A second copy of the Magistrate Judge's Partial Report and Recommendation was mailed to Plaintiff on August 26, 2008.