IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID MICHAEL RAY                                                                         PLAINTIFF

v.                                            3:08CV00002HLJ

RONNIE COLE, et al.                                                                      DEFENDANTS

## ORDER

Defendants' motions for an extension of time in which to file dispositive motions (DE ##56, 57) are hereby GRANTED. Defendants shall file their motions by December 5, 2008.

IT IS SO ORDERED this 2nd day of December, 2008.

_____
United States Magistrate Judge