IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID MICHAEL RAY**                                                                                    **PLAINTIFF**

**V.**                                  **CASE NO. 3:08CV00002 JMM/HLJ**

**RONNIE COLE, ET AL.**                                                                          **DEFENDANTS**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Henry L. Jones, Jr.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court"s findings in all respects.

Defendants' motions to dismiss for failure to prosecute (DE ##66,68) are hereby GRANTED, and plaintiff's complaint is DISMISSED without prejudice.

IT IS SO ORDERED THIS   13   day of   February  , 2009.

James M. Moody
United States District Judge