IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID MICHAEL RAY**                                                                        **PLAINTIFF**

**V.**                            **CASE NO. 3:08CV00002 JMM/HLJ**

**RONNIE COLE, ET AL.**                                                                **DEFENDANTS**

### JUDGEMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed without prejudice.

IT IS SO ORDERED this  13   day of February, 2009.

_____
James M. Moody
United States District Judge